## (April 11, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA MANNO, Appellant.—Judgment, Supreme Court, New York County, rendered on September 15, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Birns, Silverman, Evans and Markewich, JJ.

■ In the Matter of DOROTHY MITCHELL, as Guardian for KEITH RANDALL, and Others, Petitioner, v PHILIP L. TOIA, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Article 78 proceeding for review of orders of State Department of Social Services and city Department of Social Services transferred to this court by order of Supreme Court, New York County, entered June 7, 1977, is unanimously held in abeyance for 30 days following the date of the order hereon. Pursuant to CPLR 7804 (subd [e]), respondents, State and city Commissioners of Social Services, are directed, within 30 days after the date of this order, to supplement their answers by supplying the following materials to correct defects or omissions in their answers: (a) A correct or corrected copy of the first full paragraph on page 2 of the "Decision Ater Fair Hearing" dated October 19, 1976. (b) A statement of the respect in which "the method of recoupment is modified" in the next paragraph of said decision of October 19, 1976, including, particularly, a statement of the amount and the rate of recoupment ordered by the local agency and the respect in which the State agency has modified it. Concur—Lupiano, J. P., Silverman, Evans, Lane and Sandler, JJ.

■ ANTHONY CASTALDO et al., v MIGAY TRUCKING CORP. et al.—Motion granted insofar as to modify (1) the order of this court entered on February 21, 1978 by adding at the end of the third paragraph thereof the words, "and the *Dole-Dow* cross claims against appellant are also dismissed by reason of appellant's diplomatic immunity", and (2) the memorandum decision filed with said order by deleting the last sentence of the first paragraph of that decision and by substituting therefor the following sentence, "The *Dole-Dow* cross claims against appellant are also dismissed by reason of appellant's diplomatic immunity." Concur—Silverman, J. P., Evans, Fein and Markewich, JJ. [61 AD2d 722.]